JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**RAUL QUIROGA, ET AL.,**<br><br>Defendants. | Case No.   CV 12-03828 WDK-PLA<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Fausto Florentino a/k/a Florentino Martinez, individually and doing business as El Pato, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Fausto Florentino a/k/a Florentino Martinez, individually and doing business as El Pato, shall pay the plaintiff, J & J Sports Productions, Inc., $3,300.00 in total damages.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the

defendant or the pro se defendant in this matter.

Dated: October 20, 2016

_____

William Keller
United States District Judge